UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Amber Claeyssen v, Bayer HealthCare Pharmaceuticals Inc., et al.*        No.  3:10-cv-12013-DRH-PMF

<u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 22, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY:      /s/*Sara Jennings*
>           **Deputy Clerk**

Dated:  January 24, 2013

Digitally signed by David R. Herndon
Date: 2013.01.24 11:25:26 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT